# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### MARTINSBURG

**FRANCISCO L. COLORADO,**

      Plaintiff,

v.   **CIVIL ACTION NO.: 3:23-CV-243 (GROH)**

**GREENWOOD MOTOR LINES, INC.,**
**d/b/a R+L CARRIERS,**

      Defendant.

## ORDER DISMISSING CASE

Based upon the parties' Joint Stipulation of Dismissal [ECF No. 28], it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITH PREJUDICE** and retired from the docket of this Court, **subject to reopening on motion of any party, and for good cause shown, within 90 days**.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this case.

The Clerk of Court is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED**: June 12, 2024

*/s/ Gina M. Groh*
GINA M. GROH
UNITED STATES DISTRICT JUDGE